IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10154
Conference Calendar
_____

RODNEY LEE WOODS,

Plaintiff-Appellant,

versus

JOE V. YOUNG; SHAFFER, Doctor;
JOHN DOE,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:95-CV-152-BA
- - - - - - - - - -
June 25, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Rodney Lee Woods, #627825, appeals the magistrate judge's dismissal, without prejudice, of his claims against Joe V. Young, Warden, French Robertson Unit, Texas Department of Criminal Justice in this 42 U.S.C. § 1983 civil rights suit. Woods argues that the magistrate judge abused his discretion in dismissing his claims against Young on the ground that Woods failed to show the personal involvement of Young in the cause of action. The court's dismissal, without prejudice, of Woods' claims against Young afforded Woods the opportunity to file an amended complaint

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

alleging facts in support of Young's personal involvement.  See Good v. Allain, 823 F.2d 64, 67 (5th Cir. 1987).  The magistrate judge did not abuse his discretion in dismissing Woods' claims against Young as frivolous pursuant to 28 U.S.C. § 1915(d).  Booker v. Koonce, 2 F.3d 114, 115 (5th Cir. 1993).

AFFIRMED.